```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA      :
                                 :
    -against-               :    No. 17 Cr. 530 (JFK)
                                 :          **ORDER**
ANDREW MALDONADO,         :
                                 :
                Defendant.   :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to Defendant Andrew Maldonado's <u>pro se</u> motion for compassionate release by no later than January 28, 2021.  The Government is further directed to mail a copy of its response to Maldonado at that time.  Maldonado shall have 30 days from the date on which he is served with the Government's opposition to file a response.  Absent further order, the motion will be considered fully submitted as of that date.

The Clerk of Court is directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.  The Court will mail a copy of this Order to Maldonado today.

**SO ORDERED.**

Dated:  New York, New York
       January 22, 2021

                               John F. Keenan
                        United States District Judge