

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 27, 2021



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-21

**BY ECF**
The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Andrew Maldonado*, 17 Cr. 530 (JFK)

Dear Judge Keenan:

    The Government writes to respectfully request a brief extension of time to respond to defendant Andrew Maldonado's motion for compassionate release. In preparing the Government's response to the motion, the Government learned that Maldonado tested positive for COVID-19 on January 19, 2021. The Government has asked the Bureau of Prisons ("BOP") for additional information on Maldonado's condition, but has yet to receive this information. As the Government would like to include this information in its response to the motion, the Government respectfully requests until February 1, 2021, to file its response.

                            Respectfully submitted,

                            AUDREY STRAUSS
                            United States Attorney for
                            the Southern District of New York

                         By: /s/ Alexandra Rothman
                            Alexandra Rothman
                            Assistant United States Attorney
                            (212) 637-2580

```
The Government's request for additional time to file a response to
Defendant Andrew Maldonado's motion for compassionate release is GRANTED.
The Government's response is due no later than February 1, 2021.

SO ORDERED.

Dated:  New York, New York
        January 27, 2021
                                            John F. Keenan
                                       United States District Judge
```